IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GIBSON & COMPANY INSURANCE BROKERS, INC., a California corporation, and others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:07CV83 |
| v. | ) ) | |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the notice of withdrawal of motion to quash subpoena on a nonparty (Filing No. 9) as well as motions for withdrawal of clerk's request that C. Darryl Cordero and Melissa J. Luttrell register with the Court (Filing Nos. 7 and 8).  The Court finds the notice to withdraw the motion to quash subpoena should be granted.  The motions for withdrawal of clerk's request will be denied as moot. Accordingly,

IT IS ORDERED:

1) The notice of withdrawal of motion to quash subpoena on a nonparty is granted; this action is dismissed.

2) The motions for withdrawal of clerk's request are denied as moot.

DATED this 16th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court